**Below is the Order of the Court.**

_____

**Marc Barreca**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

---

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

**Young S Oh**,

Debtor.

Bankruptcy No 16-12154-MLB

**ORDER OF INELIGIBILITY FOR DISCHARGE**

THIS MATTER came before me on the Clerk's Order to Show Cause for Eligibility for Discharge (Dkt. No. 12). I reviewed the docket, considered responses (if any), heard oral argument (if any), found that the Debtor received a discharge in a prior case within the time period specified under 11 U.S.C. § 727(a)(8), § 1328(f)(1), or § 1328(f)(2), and concluded that the Debtor is ineligible for a discharge in this case. Now, therefore, it is hereby:

ORDERED that the Debtor is ineligible to receive a discharge in this case. When the case is completed, it shall be closed without entry of a discharge.

/// End of Order ///

**To be served on Debtor via the BNC.**